26cr3 ECT/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES CRUZ-ARANDA,<br>a/k/a "Andres Cruz-Areda,"<br><br>Defendant. | INDICTMENT<br><br>8 U.S.C. § 1326(a) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Reentry of Removed Alien)

On or about October 18, 2025, in the State and District of Minnesota, the defendant,

**ANDRES CRUZ-ARANDA,**
a/k/a "Andres Cruz-Areda,"

an alien, was found in the United States after having been removed therefrom on or about March 23, 2019, and March 12, 2020, not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY            FOREPERSON

SCANNED
JAN 0 6 2026
U.S. DISTRICT COURT MPLS